UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

_____

IN RE: Robert L. Hanley & Stacie L. Hanley              CHAPTER 13
       Debtor(s)                                    Case No.: 14-12845
_____

MOTION TO ADD POST PETITION CREDITOR(S)
_____

      Comes now on the Debtor who would move the Court for an Order allowing the addition of the below listed creditor(s).

| | |
|---|---|
| Feet First Podiatry, PC<br>DBA  Raines Foot Clinic<br>1415 E. Reelfoot Ave.<br>Union City, Tn 38261 | Weakley County Ambulance<br>P O Box 589<br>Madisonville, KY 42431-0589 |
| Amount     $ 303.93 | Amount     $85.95 |
| Vanderbilt Medical Group<br>719 Thompson Lane<br>Ste. 30330<br>Nashville, Tn 37204 | Tennova Healthcare Volunteer<br>161 Mt Pelia Rd.<br>Martin, Tn 38237-3811 |
| Amount     $1119.10 | Amount     $2161.45 |
| Western Grand Emergency Phys.<br>P O Box 37968<br>Philadelphia, PA 19101-7968 | |
| Amount     $87.99 | |

      The above named creditor(s) to be added as *unsecured post-petition creditor* to be paid at 100%.

                                        /s/Richard H. Walker
                                        Richard H. Walker, Attorney for Debtor
                                        108 W. Court St.
                                        Dyersburg, TN 38024
                                        (731) 285-8165
                                        BPR#14166

Certificate of Service

    I certify that I have served a copy of the Motion to Add Creditor(s) to the following, by mailing a copy of same to their address by the U.S. Mail, postage pre-paid on August 19, 2016.

Debtor
Debtor's Attorney
Chapter 13 Trustee
Matrix
Creditor to be added:

| | |
|---|---|
| Feet First Podiatry, PC<br>DBA  Raines Foot Clinic<br>1415 E. Reelfoot Ave.<br>Union City, Tn 38261 | Weakley County Ambulance<br>P O Box 589<br>Madisonville, KY 42431-0589 |
| Vanderbilt Medical Group<br>719 Thompson Lane<br>Ste. 30330<br>Nashville, Tn 37204 | Tennova Healthcare Volunteer<br>161 Mt Pelia Rd.<br>Martin, Tn 38237-3811 |
| Western Grand Emergency Phys.<br>P O Box 37968<br>Philadelphia, PA 19101-7968 | |

                                                                           /s/Richard H. Walker